Scot L. Claus (#014999)
sclaus@dickinsonwright.com
D. Samuel Coffman (#011428)
scoffman@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100

**Attorneys for Defendants**

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Pino, on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>Andrew C. Jacob and Kristin Austin, husband and wife, Brian D. Lesk, a single man, and SaleSumo, LLC, a Wyoming Limited Liability Corporation,<br><br>  Defendants. | No. 2:18-cv-02364-DJH<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to Local Rule 40.2(d), Plaintiff Alejandro Pino and Defendants Andrew C. Jacob, Kristin Austin, Brian D. Lesk, and SaleSumo, LLC (the "Parties") give notice that the parties have reached a settlement of this case, subject to final documentation and Court approval. The Parties anticipate that a stipulation for dismissal and motion to for approval of the settlement will filed with the Court in thirty days or less.

**DATED** this 18th day of October, 2018.

**DICKINSON WRIGHT PLLC**

By: /s/ *D. Samuel Coffman*
    Scot L. Claus
    D. Samuel Coffman
    1850 North Central Avenue, Suite 1400
    Phoenix, Arizona 85004
    *Attorneys for Defendants Andrew C. Jacob, Kristin Austin, Brian D. Lesk, and SaleSumo, LLC*

**LUBIN & ENOCH, P.C.**

By: /s/ *Nicholas J. Enoch (with permission)*
    Nicholas J. Enoch
    349 N. Fourth Ave.
    Phoenix, Arizona 85003
    *Attorney for Plaintiff Alejandro Pino*

**OGLETREE DEAKINS**

By: /s/ *Tracy A. Miller (with permission)*
    Tracy A. Miller
    2415 East Camelback Road
    Suite 800,
    Phoenix, AZ, 85016
    *Attorneys for Defendant Brian D. Lesk*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

/s/ *Susan Johnson*

PHOENIX 54123-3 500427v1