Scot L. Claus (#014999)
sclaus@dickinsonwright.com
D. Samuel Coffman (#011428)
scoffman@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Phone: (602) 285-5000
Fax: (602) 285-5100
courtdocs@dickinsonwright.com

**Attorneys for Defendants**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Pino, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>Andrew C. Jacob and Kristin Austin, husband and wife; Brian D. Lesk, a single man; and SaleSumo, LLC, a Wyoming Limited Liability Corporation,<br><br>Defendants. | No. 2:18-cv-02364-DJH<br><br>**THE PARTIES' RENEWED JOINT MOTION FOR SETTLEMENT APPROVAL** |

On November 16, 2018, Plaintiff Alejandro Pina ("Plaintiff") and Defendants Andrew C. Jacob, Kristin, Austin, Brian D. Lesk, and SaleSumo, LLC (collectively, "Defendants") jointly moved the Court to approve the parties' proposed settlement ("Joint Motion").[1] The Joint Motion informed the Court that: (1) in his Complaint, Plaintiff was seeking damages arising out of the Defendants' alleged failure to pay him overtime compensation in violation of the Fair Labor Standards Act ("FLSA"); (2) the amount of damages sought by Plaintiff was

---

[1] Plaintiff notes that there are a growing number of decisions finding that, absent special circumstances, Court approval of FLSA settlements is an unnecessary exercise. *See, e.g., Fails v. Pathway Leasing LLC*, 2018 WL 6046428, 2018 U.S. Dist. LEXIS 196319 (D.Colo. November 19, 2018).

-1-

$23,201.75 in actual damages, plus liquidated damages and statutory attorneys' fees; and (3) the proposed settlement provided that (a) Plaintiff was to receive $40,000 split equally between W-2 wages (for back wages) and 1099 income (for the liquidated damages), and (b) $15,000 would be payable to Plaintiff's counsel for attorneys' fees and costs.

On November 29, 2018, the issued its Order denying the Joint Motion "without prejudice." The Order indicates that the parties need to provide the Court with (1) the settlement agreement entered into between them in order that the Court can determine whether it is a fair and reasonable; and (2) Plaintiff's attorney's time records in order for the Court to ensure that Plaintiff's counsel is being reasonably compensated.

In order to comply with the Court's directives, the parties hereby provide the Court with (1) a copy of the Settlement Agreement (Exhibit A hereto) (2) Plaintiff's attorney's billing records (Exhibit B hereto); and (3) the fee agreement between Plaintiff and his counsel (Exhibit C hereto). As set forth in Exhibit B, which applies the lodestar calculation typically used in FLSA cases such as this, *see, e.g., Zuniga v. Fiesta Pediatric Therapy Inc.*, 2018 U.S. Dist. LEXIS 105436 at *1 (June 25, 2018), Plaintiff has incurred total fees and disbursements in the amount of $11,606.26.

With these additional requested documents, the Parties believe that the Court can determine that this FLSA settlement is a product of arms-length negotiation; that the Settlement provides Plaintiff with substantial monetary relief that represents a reasonable compromise of the parties' dispute; and that Plaintiff's counsel is being reasonably compensated. For these reasons, the Parties renew their request that the Court approve the parties' settlement and dismiss this action, with prejudice.

DATED this 27th day of December 2018.

DICKINSON WRIGHT PLLC

By /s/ D. Samuel Coffman
    Scot L. Claus
    D. Samuel Coffman

1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004-4568
sclaus@dickinsonwright.com
scoffman@dickinsonwright.com
courtdocs@dickinsonwright.com

Attorneys for Andrew C. Jacob, Kristin Austin, and SaleSumo, LLC

LUBIN & ENOCH, P.C.

By   */s/ Nicholas J. Enoch (with permission)*
Nicholas J. Enoch
Kaitlyn A. Redfield-Oruz
Stanley Lubin
349 North Fourth Avenue
Phoenix, AZ 85003-1505
nick@lubinandenoch.com

Attorneys for Plaintiff

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By  */s/ Tracy A. Miller (with permission)*
Tracy A. Miller
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

Attorneys for Defendant Brian D. Lesk

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of December 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF Systems for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant:

LUBIN & ENOCH, P.C.
Nicholas J. Enoch
Kaitlyn A. Redfield-Oruz
Stanley Lubin
349 North Fourth Avenue
Phoenix, AZ 85003-1505
nick@lubinandenoch.com

Attorneys for Plaintiff

Tracy A. Miller
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2415 East Camelback Road, Suite 800
Phoenix, Arizona 85016

Attorneys for Defendant Brian D. Lesk


/s/ Susan Johnson

PHOENIX 54123-3 512961v2